# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-497 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL ISAURO RAMIREZ, | |
| Defendant. | |

Robert M. Lewis and Michelle Jones, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN  55415, for plaintiff.

Scott F. Tilsen, Assistant Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 107 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN  55415, for defendant.

This matter came before the Court on the plaintiff's Motion to Strike.  As defendant does not oppose the motion and filed a Notice of Withdrawal of Document and Substitution of Corrected Replacement on September 1, 2005, **IT IS HEREBY ORDERED** that the United States' Motion to Strike [Docket No. 49] is **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the defendant's Omnibus Memorandum In Support of Objections to Report and Recommendations filed on August 19, 2005 [Docket Entry 30] is hereby **STRICKEN** from the record in this case.  The Clerk of Court is directed to **REMOVE** Docket Entry 30 from the electronic case file in this matter.

DATED:  September 27, 2005             _____s/ John R. Tunheim_____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                          United States District Judge